In the Matter of ANNA GRAF, Appellant.
19 AND 146 RIVINGTON STREET CORPORATION, Respondent.

(Argued November 19, 1935; decided December 3, 1935.)

*Jerome A. Strauss* and *David Friedmann* for appellant.
*Jay Leo Rothschild* and *Louis Rivkin* for respondent.

Orders affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.